# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3309
_____

DAVID EDWARD ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

October 11, 2019

PER CURIAM.

Appellant was convicted of possession of a firearm by a convicted felon and sentenced to prison. On appeal he alleges the trial court erred by failing to find he was competent to proceed and in imposing sentence. We reject Appellant's arguments and affirm the judgment and sentence. However, we remand for the trial court to enter a written order consistent with its oral finding that Appellant was competent to proceed. *See Mullens v. State*, 197 So. 3d 16 (Fla. 2016) (remanding for entry of written order of competency where trial court made an oral competency finding but failed to enter a written order as required by statute); *McCray v. State*, 265 So. 3d 659, 662 (Fla. 1st DCA 2019) (upholding finding of competency, but remanding for entry of written order).

AFFIRMED and REMANDED with directions.

WOLF and M.K. THOMAS, JJ., and DUNCAN, J. SCOTT, ASSOCIATE JUDGE, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Justin Foster Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.